Aleen B. Ragen, Plaintiff-Appellant, v. James M. Ragen, Jr., et al., Defendants-Appellees.
Continental Illinois National Bank and Trust Company, Garnishee-Defendant, and The Travelers Indemnity Company, Third Party Defendant.

Gen. No. 47,752. 

First District, Third Division.

January 29, 1960.

Released for publication March 4, 1960.

Nathan Shefner, for plaintiff-appellant; Charles J. O'Laughlin, and Thomas P. Sullivan (Thompson, Raymond, Mayer, Jenner, and Bloomstein, of counsel) for James M. Ragen, Jr., defendant-appellee. Opinions by JUSTICE FRIEND. Not to be published in full.